| | | |
|---|---|---|
| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:21CR00656-1(LGS) |
| | | DOCKET NUMBER *(Rec. Court)* <br> 24cr10140 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> Enald Beqiraj | DISTRICT <br> SOUTHERN DISTRICT OF NEW YORK |  |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Lorna G. Schofield , U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> November 02, 2023 | TO <br> November 01, 2026 |

OFFENSE

Wire Fraud, 18 U.S.C. 1343, a Class C Felony

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 30, 2024
_____
Date

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

5-13-24
_____
Effective Date

_____
United States District Judge



DATE: May 8, 2024

TO: The Honorable F. Dennis Saylor, IV
Chief United States District Judge

FROM: Domenica Soto
U. S. Probation Officer

RE: **BEQIRAJ, Enald**
**SD/NY Docket No. 1:21CR00656-001 (LGS)**
**TRANSFER OF JURISDICTION TO D/MA**

*****************************************************************************

On April 25, 2023, the above-captioned Enald Beqiraj appeared for sentencing in the Southern District of New York before The Honorable Lorna G. Schofield, U. S. District Judge, following entry of a guilty plea to one count of Wire Fraud. He was sentenced to four (4) months imprisonment followed by three (3) years of supervised release.

Mr. Beqiraj commenced his term of supervised release in the District of Massachusetts on November 2, 2023. As he intends to remain in Massachusetts and will continue to be supervised by this office, we are recommending that the District of Massachusetts assume jurisdiction of this case. Please execute the attached Form PF-22 if you concur.

Thank you.