

# Memorandum

To: Honorable Denise J. Casper, U.S. District Judge
From: Justin Albergaria, Senior U.S. Probation Officer
Date: May 27, 2025
Re: Enald Beqiraj, #1:24-CR-10140-DJC-1

**Request for Early Termination**

On April 25, 2023, Mr. Beqiraj appeared before the Honorable Lorna G. Schofield, U.S. District Judge for the Southern District of New York, after previously pleading guilty to Wire Fraud, in violation of 18 U.S.C. § 1343.  Mr. Beqiraj was sentenced to 4 months of imprisonment followed by 3 years of supervised release. Restitution in the amount of $339,272.30 was ordered on June 13, 2023.

Mr. Beqiraj commenced his term of supervised release in the District of Massachusetts on November 2, 2023; he is scheduled to expire from supervision on November 1, 2026.

Under 18 U.S.C. 3564(c) and 3583(e)(1), the court may terminate terms of probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

Mr. Beqiraj's performance on supervision meets the standard criteria for consideration of early termination.  It is the position of the Probation Office that Mr. Beqiraj is appropriate for early termination at this time.  Mr. Beqiraj has complied with all conditions of supervision, paid his special assessment, is making consistent payments towards his restitution, and has maintained stable employment.

For the reasons indicated above, the probation office is recommending early termination.


The Court Orders:

\_\_\_\_\_   Early Termination is APPROVED

\_\_\_\_\_   Early Termination is DENIED


_____
Honorable Denise J. Casper
U.S. District Judge

_____
Date

1